93 So.2d 745

**Hazel McGRAW**

v.

**Bert THOMASON.**

**7 Div. 339.**

Supreme Court of Alabama.

March 14, 1957.

Appeal from Circuit Court, St. Clair County; Frank B. Embry, Judge.

Copeland & Copeland, Gadsden, for appellant.

Starnes & Holladay, Pell City, for appellee.

MERRILL, Justice.

This is a companion case to that of McGraw v. Thomason, 93 So.2d 741.[1] The issues in the two cases are identical and the judgment of the lower court in this cause is affirmed upon the authority cited, supra.

Affirmed.

LIVINGSTON, C. J., and LAWSON and STAKELY, JJ., concur.